UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTA ALBRONDA, ALEXANDRIA ALBRONDA, CURRAN BRIERLEY, ALISHIA CHRISTINE LONGFELLOW, SARA MORICI and MADISON RIEGE, Individually, On Behalf of All Others Similarly Situated and As Class Representatives | 14-cv-5150 (JS ) (SIL) |
| | **ECF CASE** |

                                             Plaintiffs,

                    -against-

RICHARD G. EHRLICH, INC. DOING BUSINESS AS
THE CLAM BAR, BETSY J. FLINN and BRIAN
MOONEY,

                                             Defendants.

<u>CONSENT TO BECOME PARTY PLAINTIFF</u>

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf.

8/29/2014
(Date)

_Alexandria Marta_
(Signature)

MARTA ALBRONDA
(Print Name)

Robert D. Lipman, Esq.
LIPMAN & PLESUR, LLP
500 North Broadway, Suite 105
Jericho, NY 11753