UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTA ALBRONDA, ALEXANDRIA ALBRONDA, CURRAN BRIERLEY, ALISHIA CHRISTINE LONGFELLOW, SARA MORICI and MADISON RIEGE, Individually, On Behalf of All Others Similarly Situated and As Class Representatives

Plaintiffs,

-against-

RICHARD G. EHRLICH, INC. DOING BUSINESS AS THE CLAM BAR, BETSY J. FLINN and BRIAN MOONEY,

Defendants.

14-cv-5150 (JS) (SIL)

ECF CASE

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf.

8/30/14
(Date)

_Curran Brierley_
(Signature)

Curran Brierley
(Print Name)

Robert D. Lipman, Esq.
LIPMAN & PLESUR, LLP
500 North Broadway, Suite 105
Jericho, NY 11753