UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTA ALBRONDA, ALEXANDRIA ALBRONDA, CURRAN BRIERLEY, ALISHIA CHRISTINE LONGFELLOW, SARA MORICI and MADISON RIEGE, Individually, On Behalf of All Others Similarly Situated and As Class Representatives<br><br>Plaintiffs,<br><br>-against-<br><br>RICHARD G. EHRLICH, INC. DOING BUSINESS AS THE CLAM BAR, BETSY J. FLINN and BRIAN MOONEY,<br><br>Defendants. | 14-cv-5150 ( JS ) ( SIL )<br><br>**ECF CASE** |

<u>CONSENT TO BECOME PARTY PLAINTIFF</u>

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf.

8 / 30 / 2014
(Date)

_____
(Signature)

Alishia Christine Longfellow
(Print Name)

Robert D. Lipman, Esq.
LIPMAN & PLESUR, LLP
500 North Broadway, Suite 105
Jericho, NY 11753