UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTA ALBRONDA, ALEXANDRIA ALBRONDA, CURRAN BRIERLEY, ALISHIA CHRISTINE LONGFELLOW, SARA MORICI and MADISON RIEGE, Individually, On Behalf of All Others Similarly Situated and As Class Representatives

                         Plaintiffs,

-against-

RICHARD G. EHRLICH, INC. DOING BUSINESS AS THE CLAM BAR, BETSY J. FLINN and BRIAN MOONEY,

                         Defendants.

14-cv-5150 (JS) (SIL)

ECF CASE

---

## CONSENT TO BECOME PARTY PLAINTIFF

The undersigned does wish to opt into the above-referenced action to attempt to prove liability and recover additional damages, if any, under the Fair Labor Standards Act. I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf.

_9/2/14_
(Date)

_[signature]_
(Signature)

_Sara Morici_
(Print Name)

Robert D. Lipman, Esq.
LIPMAN & PLESUR, LLP
500 North Broadway, Suite 105
Jericho, NY 11753