UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTA ALBRONDA, ALEXANDRIA ALBRONDA, CURRAN BRIERLEY, ALISHIA CHRISTINE LONGFELLOW, SARA MORICI and MADISON RIEGE, Individually, On Behalf of All Others Similarly Situated and As Class Representatives,

Plaintiffs,

-against-

RICHARD G. EHRLICH, INC. DOING BUSINESS AS THE CLAM BAR, BETSY J. FLINN and BRIAN MOONEY,

Defendants.

Civil Action No. 14-cv-5150

---

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, that the date by which all Defendants must answer, move or otherwise respond to the Complaint is hereby extended from October 20, 2014 to November 21, 2014, and that no previous requests for extension of this deadline have been made. The above-named Defendants waive defenses relating to service of process, and reserve all other defenses.

| | |
|---|---|
| LIPMAN & PLESUR, LLP<br>*ATTORNEYS FOR PLAINTIFFS*<br>500 North Broadway, Ste. 105<br>Jericho, New York 11753-2131<br>(516) 931-0050 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-4605 |
| By: _____<br>Robert D. Lipman, Esq. | By: _____<br>Felice B. Ekelman, Esq.<br>Noel P. Tripp, Esq. |
| Dated: 10/8/14 | Dated: 10/8/14 |

SO ORDERED on this _____ day of _____, 2014

_____
United States District Judge